UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SOFTEX LLC, *Plaintiff* | § § § |
| v. | §   No. 1:22-CV-01309-DAE § |
| DELL TECHNOLOGIES INC., DELL INC., *Defendants* | § § § § |

## ORDER

Before the Court is Dell's Renewed Motion to Stay Customer Suit Under the Customer-Suit Exception Pending Resolution of Softex's Action Against Absolute, Dkt. 38. The District Court referred the motion to the undersigned for disposition. The Court set the motion for hearing, and after considering the parties' briefing, the applicable law, and counsel's arguments at the hearing, the Court **DENIES** Dell's motion for the reasons stated on the record.

SIGNED July 21, 2023.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1